UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 20-22721-CIV-MORENO**

MARIO HERNANDEZ,

      Plaintiff,

vs.

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION, JANET DHILLON, Chair of the
Equal Employment Opportunity Commission,

      Defendant.

_____/

## ORDER GRANTING PROTECTIVE ORDER

THIS CAUSE came before the Court upon Motion for a Protective Order **(D.E. 27)**, filed on **August 6, 2021**.

THE COURT has considered the motion, the response, the reply, pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is **GRANTED**.

Plaintiff does not intend to call his wife, Sulena Hernandez, as a witness. She never worked at the EEOC and only met the Defendant once, while accompanying her husband on a work trip. The burden and embarrassment of this deposition of the non-party outweighs its utility, thus the Court grants the protective order.

DONE AND ORDERED in Chambers at Miami, Florida, this 12 of August 2021.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record