UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 20-22721-CIV-MORENO**

MARIO HERNANDEZ,

    Plaintiff,

vs.

CHARLOTTE BURROWS, Chair of the Equal
Employment Opportunity Comission,

    Defendant.
_____/

## **ORDER GRANTING JOINT EMERGENCY MOTION FOR CONTINUANCE**

THIS CAUSE came before the Court upon the Joint Emergency Motion for Continuance of Trial **(D.E. 109)**, filed on **February 23, 2022**. The Court has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is **ADJUDGED** that the motion is **GRANTED**.

The trial is specially set to begin **August 15, 2022**, at 9:30 a.m. Before the trial, the parties shall appear at a pretrial conference on August 9 at 9:30 a.m. The plaintiff shall file updated witness and exhibit list before noon on May 13.[1] Each exhibit on the list shall be specifically numbered and each shall be accompanied by a short description. The witness list shall indicate whether each witness will testify live or by deposition, and shall be accompanied by a short paragraph summarizing the witness's expected testimony. The defendant shall do the exact same by noon on May 20. However, the defendant needn't list any exhibit or witness that the plaintiff has already listed. In addition, by noon on May 27, the parties shall file any

---

[1] The Court has reviewed the exhibit lists that have already been submitted in this case and notes that many of the putatives exhibits—such as agency reports, investigations, and memoranda—contain hearsay, which is generally excludable.

objections that they have to the opposing parties' witnesses or exhibits. The parties shall file any replies to those objections by noon on June 3. The Court will not grant any modifications or extensions of this schedule under any circumstance whatsoever. Neither will the Court grant any continance of the trial date of any kind, whether requested for personal, personnel, or other reasons. If counsel cannot try the case at the set time, they should make arrangements for other counsel to try the case.

DONE AND ORDERED in Chambers at Miami, Florida, this ___/___ of March 2022.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record