UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-22721-CIV-MORENO

MARIO HERNANDEZ,

      Plaintiff,

v.

CHARLOTTE BURROW
CHAIR OF THE EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

      Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, MARIO HERNANDEZ ("Plaintiff") notifies this Honorable Court that the Parties, Plaintiff and Defendant CHARLOTTE BURROW, CHAIR OF THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ("Defendant") (collectively, the "Parties"), have reached a resolution in this case.  The Parties are in the process of finalizing the Stipulation for Compromise Settlement and Release and all related settlement documents, which they reasonably expect to do no later than twenty-one (21) days from the date of this Notice.  Upon completion of same, Plaintiff has agreed to file a Stipulation of Dismissal with Prejudice of the above matter as to all claims against Defendant.  Meanwhile, the Parties respectfully request that pending the finalization of the settlement documents, the Court retain jurisdiction over this matter and stay or set aside all currently set deadlines.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed using the online CM/ECF Filing on this 19th day of May 2022, and sent to Defense counsel John Leinicke, ASSISTANT U.S. ATTORNEY, 99 N.E. 4th Street, 3rd Floor Miami, Florida 33132, JLeinicke@usa.doj.gov

                                        Respectfully submitted,

                                        */s/ __David M. Fraguio_____*
                                        **JOSÉ A. SOCORRO, ESQ.**
                                        Florida Bar No.: 011675
                                        **DAVID M. FRAGUIO, ESQ.**
                                        Florida Bar No.: 1016475
                                        AZOY SOCORRO, LLP
                                        *Attorneys for Plaintiff*
                                        2020 Ponce de Leon Blvd., Suite 1008
                                        Coral Gables, Florida 33134
                                        Tel: (305) 340-7542
                                        Fax: (305) 418-7438
                                        Email: jose@azoysocorro.com;
                                              david@azoysocorro.com